IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00486-REB-MEH

DAVID L. HILDEBRAND,

    Plaintiff,

v.

DOUGLAS DYNAMICS, INC.,
HENDERSON TRUCK EQUIPMENT,
HENDERSON PRODUCTS,
COLORADO DEPARTMENT OF TRANSPORTATION,
CITY OF DENVER, COLORADO
CITY OF LONGMONT, COLORADO,
CITY OF FORT COLLINS, COLORADO,
CITY OF LOVELAND, COLORADO,
CITY OF GREELEY, COLORADO, and
COUNTY OF DENVER, COLORADO,

    Defendants.

---

## DISMISSAL OF PARTY

---

Before the Court is Plaintiff's Motion/Notice to Dismiss Defendant Weld County [filed April 21, 2015; docket #49]. The Court finds the Notice and terms of the dismissal proper. Accordingly, Defendant County of Weld, Colorado is dropped from this case. The Clerk of the Court is directed to **terminate** the motion and remove the Defendant from the caption of this action.

Dated and entered at Denver, Colorado this 22nd day of April, 2015.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge