IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00486-REB-MEH

DAVID L. HILDEBRAND,

    Plaintiff,

v.

DOUGLAS DYNAMICS, INC.,
HENDERSON TRUCK EQUIPMENT,
HENDERSON PRODUCTS,
COLORADO DEPARTMENT OF TRANSPORTATION,
CITY OF DENVER, COLORADO
CITY OF LONGMONT, COLORADO,
CITY OF FORT COLLINS, COLORADO,
CITY OF LOVELAND, COLORADO,
CITY OF GREELEY, COLORADO, and
COUNTY OF DENVER, COLORADO,

    Defendants.

_____

### MINUTE ORDER
_____

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 30, 2015.**

    The Motion to Withdraw as Counsel filed by Frank Haug [filed April 30, 2015; docket #56] is **granted**. Defendant County of Weld has been dismissed from this action and requires no further representation in this case.