**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00486-REB

DAVID L. HILDEBRAND,

     Plaintiff,

v.

DOUGLAS DYNAMICS, INC.,
HENDERSON TRUCK EQUIPMENT,
HENDERSON PRODUCTS,
COLORADO DEPARTMENT OF TRANSPORTATION,
THE CITY OF DENVER COLORADO,
THE CITY OF LONGMONT COLORADO,
THE CITY OF FORT COLLINS COLORADO,
THE CITY OF LOVELAND COLORADO,
THE CITY OF GREELY COLORADO,
THE COUNTY OF DENVER COLORADO,
THE COUNTY OF WELD COLORADO,
THE COUNTY OF LARIMER COLORADO,

     Defendants.

## ORDER DISMISSING A PARTY

**Blackburn, J.**

     The matter before me is the **Motion/Notice To Dismiss Defendant City of Fort Collins** [#73][1] filed May 15, 2015.  After careful review of the motion and the file, I conclude that the motion should be granted and that the plaintiff's claims against defendant, The City of Fort Collins Colorado, should be dismissed with prejudice.

     **THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#73]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

1. That the **Motion/Notice To Dismiss Defendant City of Fort Collins** is granted;

2. That plaintiff's claims against defendant, The City of Fort Collins Colorado, are dismissed with prejudice; and

3. That defendant, The City of Fort Collins Colorado, is dropped as a party to this action, and the caption shall be amended accordingly.

Dated May 21, 2015, at Denver, Colorado.

                                        **BY THE COURT:**

*Bob Blackburn* (signature)

Robert E. Blackburn
United States District Judge