**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-00486-REB

DAVID L. HILDEBRAND,

    Plaintiff,

v.

DOUGLAS DYNAMICS, INC.,
HENDERSON TRUCK EQUIPMENT,
HENDERSON PRODUCTS,
COLORADO DEPARTMENT OF TRANSPORTATION,
THE CITY OF DENVER COLORADO,
THE CITY OF GREELY COLORADO,
THE COUNTY OF DENVER COLORADO,

    Defendants.

## ORDER DISMISSING CITY OF GREELEY

**Blackburn, J.**

    The matter is before me on the plaintiff's **Motion/Notice To Dismiss City of Greeley** [#82][1] filed June 15, 2015.  After careful review of the motion and the record, I conclude that the motion should be granted and that the plaintiff's claims against defendant, The City of Greely [*sic*] Colorado, should be dismissed without prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the plaintiff's **Motion/Notice To Dismiss City of Greeley** is granted;

    2.  That plaintiff's claims against defendant, The City of Greely [*sic*] Colorado, are dismissed without prejudice, with the parties to pay their own attorney fees and costs;

---

[1] "[#82]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

and

      3.  That defendant, The City of Greely [*sic*] Colorado, is dropped as a party to this action, and that the caption shall be amended accordingly.

      Dated June 16, 2015, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge