**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00486-REB

DAVID L. HILDEBRAND,

    Plaintiff,

v.

DOUGLAS DYNAMICS, INC.,
HENDERSON TRUCK EQUIPMENT,
HENDERSON PRODUCTS,
COLORADO DEPARTMENT OF TRANSPORTATION,
THE CITY OF DENVER COLORADO,
THE COUNTY OF DENVER COLORADO,

    Defendants.

**ORDER DISMISSING THE CITY OF DENVER COLORADO AND
THE COUNTY OF DENVER COLORADO**

**Blackburn, J.**

The matter is before me on the plaintiff's **Motion/Notice To Dismiss Defendant City of Denver & County of Denver** [#83][1] filed June 15, 2015.  After careful review of the motion and the record, I conclude that the motion should be granted and that the plaintiff's claims against defendants, The City of Denver Colorado and The County of Denver Colorado, should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the plaintiff's **Motion/Notice To Dismiss Defendant City of Denver & County of Denver** is granted;

---

[1] "[#83]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

  2.  That plaintiff's claims against defendants, The City of Denver Colorado and The County of Denver Colorado, are dismissed with prejudice, with the parties to pay their own attorney fees and costs; and

  3.  That defendants, The City of Denver Colorado and The County of Denver Colorado, are dropped as parties to this action, and that the caption shall be amended accordingly.

  Dated June 16, 2015, at Denver, Colorado.

**BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge