**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00486-REB

DAVID L. HILDEBRAND,

      Plaintiff,

v.

DOUGLAS DYNAMICS, INC.,
HENDERSON TRUCK EQUIPMENT,
HENDERSON PRODUCTS,
COLORADO DEPARTMENT OF TRANSPORTATION,

      Defendants.

## ORDER DISMISSING DOUGLAS DYNAMICS, INC.

**Blackburn, J.**

The matter is before me on the plaintiff's **Motion/Notice To Dismiss Douglas Dynamics Inc** [#84][1] filed June 15, 2015.  After careful review of the motion and the record, I conclude that the motion should be granted and that the plaintiff's claims against defendant, Douglas Dynamics, Inc., should be dismissed without prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the plaintiff's **Motion/Notice To Dismiss Douglas Dynamics Inc** is granted;

      2.  That plaintiff's claims against defendant, Douglas Dynamics, Inc., are dismissed without prejudice, with the parties to pay their own attorney fees and costs; and

---

[1] "[#84]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

3. That defendant, Douglas Dynamics, Inc., is dropped as a party to this action, and that the caption shall be amended accordingly.

Dated June 16, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge