**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-00486-REB

DAVID L. HILDEBRAND,

    Plaintiff,

v.

HENDERSON TRUCK EQUIPMENT,
HENDERSON PRODUCTS,
COLORADO DEPARTMENT OF TRANSPORTATION,

    Defendants.

## ORDER DISMISSING COLORADO DEPARTMENT OF TRANSPORTATION

**Blackburn, J.**

The matter is before me on the plaintiff's **Motion/Notice To Dismiss Colorado Department of Transportation** [#85][1] filed June 15, 2015.  After careful review of the motion and the record, I conclude that the motion should be granted and that the plaintiff's claims against defendant, Colorado Department of Transportation, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the plaintiff's **Motion/Notice To Dismiss Colorado Department of Transportation** is granted;

    2.  That plaintiff's claims against defendant, Colorado Department of Transportation, are dismissed without prejudice, with the parties to pay their own

---

[1] "[#85]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

attorney fees and costs; and

    3. That defendant, Colorado Department of Transportation, is dropped as a party to this action, and that the caption shall be amended accordingly.

Dated June 16, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge