IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00486-REB-MEH

DAVID L. HILDEBRAND,

    Plaintiff,

v.

HENDERSON TRUCK EQUIPMENT,
HENDERSON PRODUCTS,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 17, 2015.**

    In light of Judge Blackburn's orders granting Plaintiff's Motions to Dismiss certain Defendants (dockets ## 86, 87), the Motion to Dismiss or, in the Alternative, Motion for More Definite Statement filed by Defendants City and County of Denver [filed May 15, 2015; docket #69] and the City of Greeley's Motion to Dismiss [filed May 15, 2015; docket #70] are **denied without prejudice as moot**.